UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JAVIER PINEIRO ORTIZ,**

       **Plaintiff,**

v.                                             **Case No:  6:16-cv-1986-Orl-37DCI**

**COMMISSIONER OF SOCIAL SECURITY,**

       **Defendant.**

**REPORT AND RECOMMENDATION**

This cause comes before the Court for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **Unopposed Request for Authorization to Charge a Reasonable Fee Pursuant to 42 U.S.C. § 406(b) (Doc. 28)** |
| **FILED:** | **October 14, 2020** |
| **THEREON** it is **Recommended** that the motion is **GRANTED**. | |

Plaintiff's counsel moves for an award of attorney fees pursuant to 42 U.S.C. § 406(b)(1). Doc. 28 (the Motion).[1] Plaintiff's counsel states that following the Court's reversal of the Commissioner's decision denying disability benefits and remand of the case for further administrative proceedings, Plaintiff was awarded $31,619.50 in past-due benefits. Doc. 28 at 2. A quarter of the total amount of benefits awarded in this matter equates to $7,904.87. *See* 42 U.S.C. § 406(b)(1) (recovery of such fees under this section may not exceed 25% of the total past-

---

[1] The Motion is unopposed. Doc. 28 at 3.

due benefits). Plaintiff's counsel, however, only seeks to recover $4,892.50 in attorney fees pursuant to § 406(b). Doc. 28 at 2. Plaintiff's counsel states that the fees he seeks to collect includes a deduction of the attorney fees ($3,012.37) previously awarded under the Equal Access to Justice Act (EAJA). *Id.* at 2; *see Jackson v. Comm'r of Soc. Sec.*, 601 F.3d 1268, 1274 (11th Cir. 2010) (holding that counsel may effectuate the refund of a smaller EAJA award by either refunding the amount awarded under the EAJA to the client or deducting that amount from counsel's request for § 406(b) fees). Upon review, the undersigned finds that Plaintiff's counsel's request for $4,892.50 in attorney fees does not run afoul of the limit imposed by § 406(b) and is reasonable under the circumstances of this case.

Accordingly, it is respectfully **RECOMMENDED** that the Motion (Doc. 28) be **GRANTED** and Plaintiff's counsel be authorized to charge and collect from Plaintiff the sum of $4,892.50 in attorney fees.

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

Recommended in Orlando, Florida on October 14, 2020.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy